# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T.D.H. <br> also known as <br> MS. HENDERSON, <br>    Plaintiff, <br><br> v. <br><br> KAZI FOODS OF NEW JERSEY, INC., *et al.*, <br>    Defendants. | Civil No. 5:23-cv-00634-JMG |

## ORDER

**AND NOW**, this 31st day of July, 2023, upon consideration of Plaintiff's Motion to Proceed Under a Pseudonym (ECF No. 16) and Defendants' Response to Plaintiff's Motion to Proceed Under Pseudonym (ECF No. 17), **IT IS HEREBY ORDERED** that Plaintiff's Motion (ECF No. 16) is **DENIED**.

**IT IS FURTHER ORDERED** Plaintiff is directed to file an amended complaint, consistent with this Court's June 17, 2023 Opinion and Order (ECF Nos. 19 20), that reflects her true identity on or before **August 14, 2023**.

             BY THE COURT:

             */s/ John M. Gallagher*
             JOHN M. GALLAGHER
             United States District Court Judge