IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYLER DEONTE HENDERSON, :
        Plaintiff, :
:
     v. : Civil No. 5:23-cv-00634-JMG
:
KAZI FOODS OF NEW JERSEY, INC., & :
NERIEDA GARCIA, :
        Defendants. :

## CIVIL JUDGMENT

**AND NOW**, this 4th day of April, 2024, in accordance with the **UNANIMOUS JURY VERDICT** delivered on March 21, 2024,

**IT IS HEREBY ORDERED** that Judgment is entered in favor of DEFENDANTS, KAZI FOODS OF NEW JERSEY, INC. and NEREIDA GARCIA.

BY THE COURT:

ATTEST:

*/s/ Christine C. Stein*
Christine C. Stein, Deputy Clerk

1 (4/21)